UNITED STATES DISTRICT COURT
EASTERN DIVISION OF NORTH CAROLINA

FILED
JUL 0 7 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

KATHY KING

    PLAINTIFF,

Case No. 4:14-cv-00068-D

-v-

ENHANCED RECOVERY COMPANY, LLC.,

    DEFENDANT.

## NOTICE OF DISMISSAL

Plaintiff, Kathy King hereby gives notice to the court to dismiss this case with prejudice. An amicable settlement agreement has been reached between the parties.

WHEREFORE, Plaintiff requests this case to be dismissed.

Dated: June 30, 2014

Respectfully Submitted,


Kathy King
620 Second Avenue
New Bern, NC 28560

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was mailed via U.S.P.S. and sent by facsimile transmission to the parties listed below on this __5__ day of July, 2014 to the following addresses and addressees:

Enhanced Recovery Company, LLC.
8014 Bayberry Road
Jacksonville, Florida 32256

*Kathy King*
Kathy King
620 Second Avenue
New Bern, NC 28560